Chief Magistrate Judge Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF RODERICK MUCHIKEKWANAPE<br><br>a/k/a<br><br>"MUCHIKEKWANAPE, Roderick, Rodney"<br>"MUCH, Roderick Toot"<br>"GAMBLER, Thomas Robert"<br>"STARKES, Paul Edward" | CASE NO. MJ20-800<br><br>MOTION TO SEAL COMPLAINT, SUPPORTING PAPERWORK, AND ARREST WARRANT |

1. The United States of America, by its attorney, Andrew C. Friedman, Assistant United States Attorney for the Western District of Washington, hereby moves the Court to place under seal until further order of the Court, the Complaint, and any supporting documents and docket entries, and the Arrest Warrant in the above-captioned case, as well as the Government's Motion to Seal and this Court's Order sealing the aforesaid documents. In support of its motion, the government states as follows:

2. The sealing of a case is appropriate where there exists an extraordinary situation and a compelling government interest, see Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991), such as, taking a defendant into custody, see United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir. 1985); United States v. Lyles, 593 F.2d 182 (2d Cir. 1979) (a charging document

MOTION TO SEAL – 1
USAO # 2020V01498

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

may be sealed for any legitimate prosecutorial reason, including to take the defendant into custody and bring him or her before the court), or protecting an ongoing criminal investigation. See generally Globe Newspaper v. Superior Court, 457 U.S. 596, 606-07 (1982); Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 510 (1985).

3. In this matter, the United States is seeking extradition on behalf of the Government of Canada. The government is concerned that public disclosure of the complaint and related materials at this time could jeopardize plans to secure the fugitive's arrest, because such disclosure could result in his being alerted to his criminal liability, and cause him to take measures to flee or avoid capture. The government has thus articulated an appropriate basis for an Order sealing the complaint, any supporting documents and docket entries, the Arrest Warrant, this Motion, and any Order to Seal.

4. The United States requests that the sealing Order permit disclosure of the complaint, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement and other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to capture or detain the fugitive.

5. WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court issue an Order sealing (except to the limited extent specified herein) the complaint filed in this matter on this date, as well as sealing any supporting documents and docket entries, the Arrest Warrant, this Motion, and the

//
//
//

MOTION TO SEAL – 2
USAO # 2020V01498

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court's sealing Order, until further order of this Court or another Court.  A proposed Order is submitted herewith.

DATED this 14th of December, 2020.

          Respectfully Submitted,

          BRIAN T. MORAN
          United States Attorney

          */s/ Andrew C. Friedman*
          ANDREW C. FRIEDMAN
          Assistant United States Attorney

MOTION TO SEAL – 3
USAO # 2020V01498

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970