Chief Magistrate Judge Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF THE EXTRADITION
OF RODERICK MUCHIKEKWANAPE

a/k/a

"MUCHIKEKWANAPE, Roderick, Rodney"
"MUCH, Roderick Toot"
"GAMBLER, Thomas Robert"
"STARKES, Paul Edward"

CASE NO. MJ20-800

ORDER TO SEAL

1.     Upon application of Andrew C. Friedman, Assistant United States Attorney for the Western District of Washington, appearing on behalf of the United States in fulfilling its treaty obligation to Canada:

2.     It is hereby ORDERED that the complaint and all other documents in this matter be sealed until further Order of the Court, except that the United States Government may disclose the existence and/or contents of the complaint, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or detain the fugitive.

3.     It is hereby FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the complaint, any supporting documents, the Arrest Warrant, the Motion to Seal, and this Order until further order of the Court.

ORDER TO SEAL – 1
USAO # 2020V01498

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          4.      It is FURTHER ORDERED that the complaint, any support documents and

2    docket entries, the Arrest Warrant, the underlying Motion to Seal, and this Order may be

3    unsealed upon oral motion of the Government to this Court or to any Court where the

4    fugitive is first presented.

5          IT IS SO ORDERED, this ____14____ day of December, 2020.

6

7

8          _____

           BRIAN A. TSUCHIDA
9          Chief United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SEAL – 2
USAO # 2020V01498