Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK MUCHIKEKWANAPE,<br><br>　　　　Defendant. | CASE NO. MJ20-800BAT<br><br>GOVERNMENT'S NOTICE OF APPEARANCE |

The United States of America, by Tessa M Gorman, Acting United States Attorney for the Western District of Washington, and Gregory A. Gruber, Assistant United States Attorney for said District, files notice that the undersigned Assistant United States Attorney appears on behalf of the Government in this cause and requests service of all pleadings in this case, effective immediately.

DATED this 26th day of March, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Email: Gregory.A.Gruber@usdoj.gov

Notice of Appearance - 1
*U.S. v. RODERICK MUCHIKEKWANAPE /MJ20-800*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800