Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK MUCHIKEKWANAPE,<br><br>Defendant. | NO. MJ20-800BAT<br><br>UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Gregory A. Gruber, Assistant United States Attorney for said District, moves to dismiss without prejudice the complaint for extradition filed against Roderick Muchikekwanape, pursuant to Federal Rule of Criminal Procedure 48(a).

On December 14, 2020, a criminal complaint for extradition was executed by Magistrate Judge Brian A. Tsuchida, and an arrest warrant was issued.  Mr. Muchikekwanape's whereabouts were unknown until March 26, 2021, when he was arrested in the Southern District of California.  The United States Attorney's Office for the Southern District of California has filed a separate complaint *In re Extradition of Muchikekwanape, 21-MJ-1181BGS*.  Thus, the United States seeks leave of this Court to

Motion to Dismiss / MJ20-800BAT - 1

1 | dismiss the pending criminal complaint without prejudice and quash the arrest warrant

2 | issued by this Court on December 14, 2020.

3 | Dated this 28th day of May, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

Motion to Dismiss / MJ20-800BAT - 2