Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK MUCHIKEKWANAPE,<br><br>Defendant. | NO. MJ20-800 BAT<br><br>ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE<br>(Proposed) |

Upon the Motion of the United States of America, the Court ORDERS that the Complaint for Extradition, under case number MJ20-800BAT, against Roderick Muchikekwanape, is dismissed without prejudice, and the arrest warrant is hereby quashed.

Dated this _____ day of _____, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

*s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

ORDER DISMISSING COMPLAINT
*U.S. v. RODERICK MUCHIKEKWANAPE,* MJ20-800BAT- 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800