Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODERICK MUCHIKEKWANAPE, <br><br> Defendant. | NO. MJ20-800 BAT <br><br> ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE |

Upon the Motion of the United States of America, the Court ORDERS that the Complaint for Extradition, under case number MJ20-800BAT, against Roderick Muchikekwanape, is dismissed without prejudice, and the arrest warrant is hereby quashed.

Dated this  3rd  day of   June      , 2021.

*signature*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

ORDER DISMISSING COMPLAINT
*U.S. v. RODERICK MUCHIKEKWANAPE,* MJ20-800BAT- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800